IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CARLTON JERMELL RICKS, | : | |
| Plaintiff, | : | |
| vs. | : | 5:05-CV-403(CAR) |
| MONROE COUNTY SHERIFF'S DEPARTMENT SERGEANT RICKY DAVIS; MONROE COUNTY JAILER C. DARDEN; MONROE COUNTY MEDICAL DR. PAT SMITH; DR. JESSE GRANT; and DR. LAURA MOORE, | : | |
| Defendants. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 47) to grant the Motions for Summary Judgment filed by Defendants C. Darden and Ricky Davis (doc. 27), and Defendants Dr. Jesse Grant, Dr. Pat Smith, and Dr. Laura Moore (doc. 30). Plaintiff filed an Objection (doc. 50) to the Magistrate Judge's Recommendation.

The relevant facts of this case are set forth in the Magistrate Judge's Recommendation (doc. 47, at 3). In his Recommendation, the Magistrate Judge concluded that, because Defendants "provided affidavits . . . showing that the plaintiff's contentions that the defendants used excessive force are unfounded and that the medical care the plaintiff received for any injuries was constitutionally appropriate," and because Plaintiff failed to provide any evidence on his behalf, even after being instructed to do so, Defendants were entitled to summary judgment. (Recomm. 3-4.) In his "Objection" to the Magistrate Judge's Recommendation, Plaintiff did not challenge any of the Magistrate Judge's legal conclusions, nor did he provide any evidence to support his claims; rather, Plaintiff (again) took issue with the Magistrate

Judge's denials of his requests for the appointment of counsel. (Pl.'s Objec., doc. 50, at 1.)

Having carefully considered the parties' briefs, the United States Magistrate Judge's Report and Recommendation, and Plaintiff's (nonresponsive) Objection thereto, the Court agrees with the Recommendation. Accordingly, the Recommendation that the Motions for Summary Judgment filed by Defendants C. Darden and Ricky Davis (doc. 27), and Defendants Dr. Jesse Grant, Dr. Pat Smith, and Dr. Laura Moore (doc. 30) be **GRANTED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 28th day of March, 2007.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

JAB/aeg