IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CARLTON JERMELL RICKS, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:05-cv-403 (CAR) |
| MONROE COUNTY SHERIFF'S DEPARTMENT SERGEANT RICKY DAVIS; MONROE COUNTY JAILER C. DARDEN; MONROE COUNTY MEDICAL DR. PAT SMITH; DR. JESSE GRANT; and DR. LAURA MOORE, | : |
| Defendants. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 28, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action.

This 28th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**